**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHUAYB GREENAWAY,**<br>*Plaintiff, pro se,*<br><br>v.<br><br>**BUREAU OF HEARINGS AND APPEALS, BHA, *et al.*,**<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 25-2202** |

**ORDER**

**AND NOW**, this 25th day of August 2026, upon consideration of Plaintiff's *motion for preliminary injunction*, (ECF 55), Defendants' response in opposition, (ECF 60), and Plaintiff's reply, (ECF 63), for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's motion for a preliminary injunction is **DENIED**;
2. Plaintiff's complaint is **DISMISSED**; and
3. The Clerk of Court is **DIRECTED** to terminate all pending motions and to mark this matter **CLOSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*